UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATIE L. WILLIAMS,

    Plaintiff,

v.                                                        CASE NO.: 8:10-cv-289-T-23TBM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

On November 9, 2010, United States Magistrate Judge Thomas B. McCoun, III, issued a report (Doc. 22) that recommends affirming the Commissioner's decision in this action. More than seventeen days has passed and neither the plaintiff nor the Commissioner objects. Accordingly, the report and recommendation (Doc. 22) is **ADOPTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is **AFFIRMED**. The clerk is directed to (1) enter judgment in favor of the Commissioner and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on November 29, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE